STRONG, Respondent, v. WAGNER et al., Appellants.

(163 N. W. 1040.)

(File No. 4027.    Opinion filed August 7, 1917.    Rehearing denied November 2, 1917.)

Appeal from Circuit Court, Brown County. Hon. RAYMOND L. DILLMAN, Acting Judge.

Action by Maude Strong against William J. Wagner and another, for damages for sale of intoxicating liquors to plaintiff's husband. From a judgment for plaintiff, and from an order denying a new trial defendants appeal. Reversed.

See, Strong v. Schaffer Bros., 163 N. W. 1035, 39 S. D. 250.

Geo. H. Fletcher, and W. A. Hazle, for Appellants.

Amos N. Goodman, and Thomas L. Arnold, for Respondent.

GATES, P. J. This case was submitted and argued with that of the same plaintiff against Schaffer Bros., the opinion in

which is handed down herewith. 163 N. W. 1035. This case involves substantially the same facts as the other, and for the reasons given in the opinion in that case, the judgment and order denying a new trial are reversed.

McCOY, J.  For the reasons stated in the dissenting opinion in Strong v. Schaffer et al., I dissent from the opinion in this case.

POLLEY, J., joins in the dissent.